DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DONALD GANSNER, STACY GANSNER,
JAMES CARTER and CHELSEA CARTER,

Appellants,

v.

TAMPA ELECTRIC COMPANY,

Appellee.

No. 2D23-966

————————————————

April 12, 2024

Appeal from the Circuit Court for Hillsborough County; Mark Wolfe, Judge.

Michael C. Bird and Gabriel K. Silveira of Morgan and Morgan, Tampa; and Richard Perlini of Richard Perlini, P.A., Ocala, for Appellants.

Adam D. Griffin and Timothy C. Conley of Lau, Lane, Pieper, Conley & McCreadie, P.A., Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SLEET, C.J., and LUCAS and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.